```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

COUNTY RESCUE TOWING AND SALVAGE,
INC. d/b/a Collier County Vessel
Assist,

                Plaintiff,

vs.                                  Case No.  2:04-cv-508-FtM-29DNF

SV MOONBEAM, a 2003 45' Hunter sailboat, her engines, tackle, equipment, apparel, appurtenances, etc., <u>in rem</u>, MICHAEL WALKER, UNDERWRITERS RISK SERVICES LIMITED TRADING AS YACHTSURE FOR AND ON BEHALF OF CERTAIN UNDERWRITERS AT LLOYDS, individually, <u>in personam</u>,

                Defendants.
_____

**<u>ORDER</u>**

     This matter comes before the Court on Plaintiff's Motion to Strike Defendant's [sic] Affirmative Defenses (Doc. #31) filed on June 14, 2005.  Defendants filed their Opposition (Doc. #32) on June 22, 2005.

     Plaintiff seeks to strike all twelve affirmative defenses raised by defendants in their Amended Answer (Doc. #28) as redundant or insufficient as a matter of law.  Defendants respond that the Motion should be denied because (1) res judicata bars plaintiff from raising these issues again, (2) plaintiff failed to comply with Local Rule 3.01(g), (3) the motion is untimely, and (4) the motion is without merit.  Defendants also withdraw their First

Affirmative Defense regarding plaintiff's failure to verify the Amended Complaint.

The Court previously denied a motion to strike affirmative defenses because plaintiff did not comply with Local Rule 3.01(g). (Doc. #15). Since the Court did not rule on the merits of any affirmative defense, *res judicata* does not preclude the current motion to strike. Plaintiff has again failed to comply with Local Rule 3.01(g), and the motion was filed over two months late. Fed. R. Civ. P. 12(f). Accordingly, the motion to strike will be denied.

Accordingly, it is now

**ORDERED**:

Plaintiff's Motion to Strike Defendant's Affirmative Defenses (Doc. #31) is **DENIED**. The First Affirmative Defense is deemed withdrawn.

**DONE AND ORDERED** at Fort Myers, Florida, this __18th__ day of July, 2005.

JOHN E. STEELE
United States District Judge